No. 01–8789.  PEREZ v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 01–8790.  HUTCHINS v. UNITED STATES PAROLE COMMISSION.  C. A. 5th Cir.  Certiorari denied.

No. 01–8792.  GRAHAM v. UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 01–8795.  WILLIAMS v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 01–8797.  WHITNEY v. UNITED STATES.  C. A. Armed Forces.  Certiorari denied.

No. 01–8799.  FINNEY v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 01–8801.  BROWN v. LITSCHER, SECRETARY, WISCONSIN DEPARTMENT OF CORRECTIONS.  C. A. 7th Cir.  Certiorari denied.

No. 01–8802.  SMITH v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 01–8804.  SANDERSON v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 01–8807.  NUNEZ v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 01–8812.  SOTO v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 01–8814.  LACHNER v. OHIO.  Ct. App. Ohio, Sandusky County.  Certiorari denied.

No. 01–8817.  CALLAN v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 01–8818.  LICHTMAN v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 01–8823.  ABDULLAH v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.